UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JESSICA E. PASTORE,

                    Plaintiff,

-against-

TOWN OF EAST GREENBUSH, NEW YORK,

                    Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Case No.: 1:17-cv-0232
(TJM/DJS)

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Plaintiff, JESSICA E. PASTORE, and Defendant, TOWN OF EAST GREENBUSH, NEW YORK, in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled-action be, and the same hereby is discontinued, with prejudice, without costs or attorneys' fees to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 8-11-17

D'ORAZIO PETERSON LLP

Giovanna A. D'Orazio, Esq. (515574)
Attorneys for Plaintiff
125 High Rock Avenue
Saratoga Springs, New York 12866
Tel:   518-308-8339
Fax:  518-633-5106
Email: gad@doraziopeterson.com

DATED: 8/15/17

LEMIRE, JOHNSON & HIGGINS, LLC

Gregg T. Johnson (506443)
Attorneys for Defendant
2534 Route 9 – P.O. Box 2485
Malta, New York 12020
Tel:   518-899-5700
Fax:  518-899-5487
Email: gtj@lemirejohnsonlaw.com

SO ORDERED:

Hon. Thomas J. McAvoy, SUSDJ

Dated: 8/28/2017